**Bruce Bernard TOWNSEND,
Petitioner–Appellant,**

v.

**UNITED STATES of America,
Respondent–Appellee.**

No. 11–10188
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 4, 2011.

Bruce Bernard Townsend, Jesup, GA, pro se.

R. Brian Tanner, James Christian Stuchell, Edward J. Tarver, U.S. Attorney's Office, Savannah, GA, for Respondent–Appellee.

Before WILSON, PRYOR and BLACK, Circuit Judges.

PER CURIAM:

Bruce Townsend appeals *pro se* the dismissal of his motion to vacate. 28 U.S.C. § 2255. The district court dismissed Townsend's motion as successive, *id.* § 2244(b)(3), but the United States concedes that the district court had failed to notify Townsend before reclassifying an earlier pleading as a motion to vacate, as required by *Castro v. United States,* 540 U.S. 375, 124 S.Ct. 786, 157 L.Ed.2d 778 (2003). Consequently, Townsend's motion to vacate is not successive. We **VACATE** the order dismissing Townsend's motion to vacate as successive, and we **REMAND** for further proceedings.

**VACATED AND REMANDED.**